Sokola v Weinstein (2023 NY Slip Op 04491)

Sokola v Weinstein

2023 NY Slip Op 04491

Decided on September 07, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 07, 2023

Before: Renwick, P.J., Kennedy, Mendez, Rodriguez, Higgitt, JJ. 

Index No. 950250/19 Appeal No. 482 Case No. 2023-01358 

[*1]Kaja Sokola, Plaintiff-Respondent,
v
Harvey Weinstein, Defendant, Robert Weinstein, et al., Defendants-Appellants.

Appeals having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Alexander M. Tisch, J.), entered on or about February 09, 2023,
And said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated August 30, 2023,
It is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.
The motion by Safe Horizon, Inc. to appear as amicus curiae (M-2023-01819) is also denied as moot.
ENTERED: September 7, 2023